# CASES REPORTED WITH BRIEF SYLLABI

### AND

## DECISIONS HANDED DOWN WITHOUT

## OPINION

### FIRST DEPARTMENT, MARCH, 1923.

HENRY VON BREMEN and HERMAN T. ASCHE, Copartners, etc., Respondents, *v.* THE CURTIS CORPORATION, a Foreign Corporation Organized under the Laws of the State of California, Appellant.

*Sales — action against seller — failure of buyer to inspect goods and notify seller of defect for over seven months not fatal to action.*

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office December 3, 1921, upon the verdict of a jury, and also from an order, entered December 7, 1921, denying defendant's motion for a new trial.

Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Page, Merrell and McAvoy, JJ.; Dowling and McAvoy, JJ., dissenting.

DOWLING, J. (dissenting): I dissent from the affirmance of the judgment and order herein, upon the ground that as matter of law plaintiffs failed to make an inspection within a reasonable time of the goods bought from defendant with a view to ascertaining the weight thereof, and also failed within a reasonable time to notify defendant of the defect in the goods purchased. I believe that, as matter of law, the failure of the plaintiffs to act for a period of seven months and eleven days rendered it impossible for them to recover in this action. McAvoy, J., concurs.